**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MEDINA<br><br>PLAINTIFF(S)<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:26−cv−05548−KK−DTB<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 9/22/2026 | 1 | Complaint |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: October 2, 2026

By: */s/ Jenny Lam (Jenny_Lam@cacd.uscourts.gov)*
Deputy Clerk