Name and address:
Alexander C. K. Wyman
Latham & Watkins LLP
355 S. Grand Ave., Suite 400
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MEDINA,<br><br>Plaintiff(s)<br>v.<br><br>COSTAR REALTY INFORMATION, INC.<br><br>Defendant(s). | CASE NUMBER<br>5:26-cv-05548-KK-DTB<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Boyle, Nicholas J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.637.2200
*Telephone Number*

202.637.2201
*Fax Number*

nicholas.boyle@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CoStar Realty Information, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Wyman, Alexander C. K.
*Designee's Name (Last Name, First Name & Middle Initial)*

295339
*Designee's Cal. Bar No.*

213.485.1234
*Telephone Number*

213.891.8763
*Fax Number*

alex.wyman@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
355 S. Grand Ave., Suite 400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** October 16, 2026

[signature]
**U.S. District Judge/U.S. Magistrate Judge**