LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Alexander C. K. Wyman (Bar No. 295339)
*alex.wyman@lw.com*
355 S. Grand Ave., Suite 400
Los Angeles, California 90071
Telephone: +1.213.485.1234

Nicholas J. Boyle (Admitted *pro hac vice*)
*nicholas.boyle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Mohamed Said (Bar No. 360188)
*mohamed.said@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendant*
*CoStar Realty Information, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MEDINA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>Defendant. | Case No. 5:26-cv-5548-KK-DTB<br><br><u>Class Action</u><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 8, 2026<br>Current response date: October 29, 2026<br>New response date: November 30, 2026<br><br>District: Hon. Kenly K. Kato<br>Magistrate: Hon. David T. Bristow |

Defendant CoStar Realty Information, Inc. ("CoStar") and Plaintiff Richard Medina, individually and on behalf of all others similarly situated ("Plaintiff"), hereby stipulate, through their undersigned counsel and pursuant to Local Rule 8-3, as follows:

1. On September 22, 2026, Plaintiff filed a complaint in this Court (the "Complaint").

2. On October 8, 2026, Plaintiff served CoStar with the Complaint.

3. CoStar's time to answer, move to dismiss or otherwise respond to the Complaint is currently due on October 29, 2026.

4. The parties have agreed, pursuant to Local Rule 8-3, that CoStar's time to respond shall be extended from October 29, 2026 to November 30, 2026.

5. This request does not extend the time for CoStar to respond to the Complaint by more than thirty days from the initial response date.

6. The parties have not previously stipulated to any extensions of time to respond to the Complaint.

7. No hearing, conference, or other date has been set in this action, and the requested extension will not affect any date set by the Court.

The parties therefore agree and stipulate that CoStar's time to respond to the Complaint shall be extended to November 30, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 19, 2026

LATHAM & WATKINS LLP

By: */s/ Michael H. Rubin*
Michael H. Rubin
Alexander C. K. Wyman
Nicholas J. Boyle
Mohamed Said

*Attorneys for Defendant CoStar Realty Information, Inc.*

Dated: October 19, 2026

HEDIN LLP

By: */s/ Frank S. Hedin*
Frank S. Hedin

*Attorney for Plaintiff and the Putative Class*

**ATTESTATION STATEMENT**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 19, 2026

By */s/ Michael H. Rubin*
Michael H. Rubin